# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TERRY L. REED, for himself and all Arkansas
Residents similarly situated                                              PLAINTIFF

v.                              No. 3:14-cv-209-DPM

PALISADES COLLECTION, LLC                                                 DEFENDANT

## ORDER

The Court has received the attached letter from plaintiff's counsel.

What is defendant's position on a stay?

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 November 2014



**Emerson Poynter LLP**
Attorneys at Law

Little Rock
Houston

Scott E. Poynter, P.A.
Phone: 501.907.2555
Fax: 501.907.2556
scott@emersonpoynter.com

November 4, 2014

Honorable Judge D. Price Marshall
U.S. District Judge
Eastern District of Arkansas
Little Rock, AR 72201

Via Email
martha_fugate@ared.uscourts.gov

Re: *Humes v. LVNV Funding, LLC*, Case 3:14-cv-00230-DPM and *Reed v. Palisades Collection LLC*, Case 3:14-cv-00209-DPM

Dear Judge Marshall,

My firm represents the plaintiffs in the two cases referenced above. We also represent another plaintiff in a similar case pending before Judge Leon Holmes, *Cummings v. Unifund CCR Partners*, 4:14-cv-00540-JLH. All three having pending motions to dismiss.

Last week, Judge Holmes wrote a letter to the parties in *Cummings* asking whether a stay was appropriate until the Arkansas Supreme Court decides *Earls v. Harvest Credit Mgmt.* CV-14-456. Both parties agreed to a stay and Judge Holmes entered his order today staying the case with instructions that the parties may move to reopen the case within 30 days of the mandate in *Earls*.

I thought you might want to do something similar, and wanted to let you know that our clients would be agreeable if you did.

Sincerely,

Scott E. Poynter

SEP:pp

cc:   All Counsel of Record (via email)