IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY L. REED, for himself and all Arkansas
Residents similarly situated                                    PLAINTIFF

v.                          No. 3:14-cv-209-DPM

PALISADES COLLECTION, LLC                              DEFENDANT

## ORDER

Reed's motion, № 21, is granted. The stay is dissolved and the case is returned to the active docket. Palisades shall answer, or file a Rule 12 motion, by 22 May 2015.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 April 2015