IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY L. REED, for himself and all Arkansas
Residents similarly situated                                                                PLAINTIFF

v.                                          No. 3:14-cv-209-DPM

PALISADES COLLECTION, LLC                                              DEFENDANT

ORDER

Unopposed motion, № 23, granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 May 2015