IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY L. REED, for himself and all Arkansas
Residents similarly situated                                                    PLAINTIFF

v.                                    No. 3:14-cv-209-DPM

PALISADES COLLECTION, LLC                                           DEFENDANT

## JUDGMENT

At Reed's request, and without opposition from Palisades, the Court dismisses Reed's complaint for lack of subject matter jurisdiction so that Reed may pursue his claims in state court.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2015